ELIZABETH A. STRANGE
Acting United States Attorney
District of Arizona
JONATHAN R. HORNOK
Assistant U.S. Attorney
Utah State Bar No. 15166
Two Renaissance Square
40 N. Central Ave., Suite 1200
Phoenix, Arizona 85004
Telephone: 602-514-7500
Email: Jonathan.Hornok@usdoj.gov
Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>Jesus Fabian Guzman-Castro,<br>a.k.a.: Jesus Guzman-Castro,<br>a.k.a.: Jesus Castro,<br>a.k.a.: Jesus Adrian Roman,<br><br>　　　　　　Defendant. | No. CR-17-01396-PHX-JAT<br><br>**INFORMATION**<br><br>VIO: 8 U.S.C. § 1326(a) and (b)(1)<br><br>(Reentry of Removed Alien) |

THE UNITED STATES ATTORNEY CHARGES:

On or about April 12, 2013, at or near Phoenix, in the District of Arizona, JESUS FABIAN GUZMAN-CASTRO, an alien, was found in the United States of America after having been denied admission, excluded, deported, and removed from the United States at or near Alexandria, Louisiana, on or about January 19, 2012, and not having obtained the express consent of the Attorney General or the Secretary of Homeland Security to reapply for admission, in violation of Title 8, United States Code, Section 1326(a) and (b)(1).

Dated this 3rd day of October 2017.

　　　　　　　　　　　　　　　　　ELIZABETH A. STRANGE
　　　　　　　　　　　　　　　　　Acting United States Attorney
　　　　　　　　　　　　　　　　　District of Arizona

　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　JONATHAN R. HORNOK
　　　　　　　　　　　　　　　　　Assistant U.S. Attorney